UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. HULSEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER DIMMER, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO.   1:09-cv-1826-MJS (PC)<br><br>ORDER DENYING MOTION/REQUEST FOR U.S. MARSHALL TO SERVE COMPLAINT<br><br>(Doc. 12) |

　　　　Plaintiff David J. Hulsey ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a Motion/Request for U.S. Marshals to Serve a Summons and Complaint [Doc. 12] asking the Court to order the Marshal to serve his Complaint on Defendants.

　　　　The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).  The Court has not yet had an opportunity to screen Plaintiff's Complaint.  The Court has a large number of prisoner civil rights cases pending before it and will screen Plaintiff's in due course. The Court will direct the United States Marshal to serve Plaintiff's Complaint only after the Court has screened the

Complaint and determined that it contains cognizable claims for relief against the named Defendants.

Accordingly, Plaintiff's Motion/Request for U.S. Marshals to Serve a Summons and Complaint [Doc. 12] is DENIED.

IT IS SO ORDERED.

Dated: June 21, 2010        /s/ *Michael J. Seng*
                            UNITED STATES MAGISTRATE JUDGE